CLOSED

# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:23−mj−00007−BH−1

| | |
|---|---|
| Case title: USA v. Wilson | Date Filed: 01/05/2023 |
| Other court case number: 4:22−cr−20610−SDK Eastern District of Michigan (Flint) | Date Terminated: 01/06/2023 |

Assigned to: Magistrate Judge Irma Carrillo Ramirez

**Defendant (1)**

**Jacobie A. Wilson**  
*TERMINATED: 01/06/2023*

represented by **Federal Public Defender**  
Federal Public Defender − Dallas  
525 Griffin St  
Suite 629  
Dallas, TX 75202  
214−767−2746  
Fax: 214−767−2886  
Email: jason_hawkins@fd.org  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Public Defender Appointment*  
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Out of district arrest; 18 U.S.C. § 924(c)(1)(A) Possession of a Firearm in Furtherance of a Drug Trafficking Crime | |

1

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **John J de la Garza–DOJ , III**<br>US Attorney's Office<br>1100 Commerce<br>3rd Floor<br>Dallas, TX 75242<br>214–659–8682<br>Fax: 214–659–8803<br>Email: john.delagarza@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/05/2023 | 1 | | Rule 5 (Indictment) as to Jacobie A. Wilson (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Attachments: # 1 Additional Page(s) warrant) (mcrd) (Entered: 01/05/2023) |
| 01/06/2023 | | | Arrest (Rule 5) of Jacobie A. Wilson. Case Number 4:22–cr–20610–SDK–CI from Eastern District of Michigan (Flint). (mcrd) (Entered: 01/06/2023) |
| 01/06/2023 | 2 | | MOTION for Detention, MOTION to Continue filed by USA as to Jacobie A. Wilson (mcrd) (Entered: 01/06/2023) |
| 01/06/2023 | 3 | | ELECTRONIC ORDER As to Jacobie A. Wilson: by this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/6/2023) (mcrd) (Entered: 01/06/2023) |
| 01/06/2023 | 4 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jacobie A. Wilson. Federal Public Defender for Jacobie A. Wilson appointed. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/6/2023) (mcrd) (Entered: 01/06/2023) |
| 01/06/2023 | 5 | | WAIVER of Rule 5 Hearings by Jacobie A. Wilson (mcrd) (Entered: 01/06/2023) |
| 01/06/2023 | 6 | | ELECTRONIC ORDER finding as moot the 2 Motion to Continue Detention Hearing as to Jacobie A. Wilson (1). (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/6/2023) (mcrd) (Entered: 01/06/2023) |

| 01/06/2023 | 7 | | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Initial Appearance as to Jacobie A. Wilson held on 1/6/2023. Date of Arrest: 1/5/2023. Attorney Appearances: AUSA – John De La Garza; Defense – Maria Chin. (No exhibits) Time in Court – :05. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Lujan.) (mcrd) (Entered: 01/06/2023) |
|---|---|---|---|
| 01/06/2023 | 8 | | (Document Restricted) CJA 23 Financial Affidavit by Jacobie A. Wilson (mcrd) (Entered: 01/06/2023) |
| 01/06/2023 | 9 | | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Jacobie A. Wilson. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Michigan (Flint). (Ordered by Magistrate Judge Irma Carrillo Ramirez on 1/6/2023) (mcrd) (Entered: 01/06/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACOBIE A. WILSON | NO. 3:23-MJ-007-BH |

**MOTION FOR DETENTION AND TO CONTINUE DETENTION HEARING**

The United States moves for detention of defendant, **Jacobie A. Wilson**, pursuant to 18 U.S.C. § 3142(f):

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_   Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_   Maximum sentence life imprisonment or death

    \_X\_   10 + year drug offense

    \_\_\_\_\_   Felony, with two prior convictions in above categories

    \_X\_   Serious risk defendant will flee

    \_\_\_\_\_   Serious risk obstruction of justice

    \_\_\_\_\_   Felony involving a minor victim

    \_X\_   Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_   Felony involving a failure to register (18 U.S.C. § 2250)

    \_\_\_\_\_   Petition for Supervised Release Revocation was filed

**Motion for Detention & Continuance - Page 1**

    2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

      <u> X </u>  Defendant's appearance as required

      <u> X </u>  Safety of any other person and the community

    3. <u>Rebuttable Presumption.</u>  The United States **will**/will not invoke the rebuttable presumption against defendant because (check one or both):

      <u> X  </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

      <u>    </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

      <u>    </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

      <u>    </u>  Previous conviction for "eligible" offense committed while on pretrial bond

      <u>    </u>  Probable cause to believe Defendant violated terms of Supervised Release, FRCP 32.1(a)(6)

    4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

      <u>    </u>  At first appearance

      <u> X </u>  After continuance of <u> 3   </u> days (not more than 3).

**Motion for Detention & Continuance - Page 2**

DATED this  6th   day of January, 2023.

                                              Respectfully submitted,

                                              LEIGHA SIMONTON
                                              UNITED STATES ATTORNEY

                                               /s/ *John J. de la Garza III*
                                              JOHN J. DE LA GARZA III
                                              Assistant United States Attorney
                                              Texas Bar #00796455
                                              1100 Commerce Street, Third Floor
                                              Dallas, Texas 75242-1699
                                              Telephone: 214-659-8682
                                              E-mail: john.delagarza@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 6th day of January, 2023.

                                               /s/ *John J. de la Garza III*
                                              JOHN J. DE LA GARZA III
                                              Assistant United States Attorney

**Motion for Detention & Continuance - Page 3**

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Texas**
**Dallas**

|  |  |  |
|---|---|---|
| USA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:23–mj–00007–BH |
| | ) | |
| Jacobie A. Wilson | ) | |
|     Defendant. | ) | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

Based on the defendant's sworn Financial Affidavit and representations in open court, the Court finds that the defendant is financially unable to obtain counsel. Pursuant to 18 USC § 3006A, the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the defendant for all proceedings, including any appeal.

SO ORDERED ON 1/6/2023.

*Irma Carrillo Ramirez*

Irma Carrillo Ramirez
Magistrate Judge

Case 3:23-mj-00007-BH Document 5 Filed 01/06/23 Page 1 of 1 PageID 11
Case 3:23-mj-00007-BH Document 10 Filed 01/06/23 Page 14 of 17 PageID 29

**FILED**
January 6, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Magistrate Docket No.: 3:23-MJ-007-BH |
| | § | Docket No. Where |
| vs. | § | Charge Pending: 4:22-CR-20610-SDK |
| | § | District: Eastern District of Michigan |
| JACOBIE A. WILSON | § | Division: Flint Division |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the Eastern District of Michigan, Flint Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted - to determine whether there is a probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

    **X** an identity hearing and production of the warrant.

    ___ a preliminary hearing.

    ___ a detention hearing.

    **X** any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1-6-23

_Jacobie Wilson_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_M. Torres Chin_
Printed name of defendant's attorney

14

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: IRMA CARRILLO RAMIREZ | |
|---|---|
| DEPUTY CLERK Marie Gonzales | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: LUJAN |
| INTERPRETER: | COURT TIME: 2:14 – 2:19 |
| A.M.         P.M. 2:00 | DATE: January 6, 2023 |

☑ MAG. NO.        ☐ DIST. CR. NO. 3:23-mj-00007-BH  USDJ Magistrate Judge Irma Carrillo Ramirez

UNITED STATES OF AMERICA § JOHN DE LA GARZA, AUSA
§
v. § _____ ☐
§
§ MARIA CHIN (F) ☐
JACOBIE A. WILSON (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 1/5/2023  ☐ SURRENDER _____
☑ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☐ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☑ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN – 6 2023
CLERK, U.S. DISTRICT COURT
By _____ Deputy

15

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN - 6 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA § Magistrate Docket No.: 3:23-MJ-007-BH
§ Docket No. Where
VS. § Charge Pending: 4:22-CR-20610-SDK
§ District: Eastern District of Michigan
JACOBIE A. WILSON § Division: Flint Division

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of **18 U.S.C. § 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime**. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)    Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

☑ The defendant waived identity hearing.

☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:    Preliminary Hearing**

☑ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐ There is probable cause to believe that the defendant committed the offense(s) charged.

16

☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

---

**Rule 5(d)(3)** **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☑ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained.

    ☐ The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 1/6/23

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE