## <u>INDEX OF EXHIBITS</u>

<u>Exhibit</u>      <u>Description</u>

1         Flint Township P.D. Case Report